MORGAN, LEWIS & BOCKIUS LLP
Michael D. Weil, Bar No. 209056
michael.weil@morganlewis.com
Michelle L. Quach, Bar No. 335098
michelle.quach@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304-1124
Tel:     +1.650.843.4000
Fax:     +1.650.843.4001

Attorneys for Defendants
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, a Delaware limited liability
company and COMCAST CABLE
COMMUNICATIONS, LLC, a Delaware limited
liability company

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SOLANO

| | |
|---|---|
| JONATHAN BARKER,<br><br>      Plaintiff,<br><br>           vs.<br><br>COMCAST CABLE COMMUNICATIONS<br>MANAGEMENT, LLC, a Delaware limited<br>liability company and COMCAST CABLE<br>COMMUNICATIONS, LLC, a Delaware<br>limited liability company; and DOES 1 through<br>50, inclusive,<br><br>      Defendants. | Case No. FCS056828<br><br>**DEFENDANTS' NOTICE TO<br>PLAINTIFF OF REMOVAL**<br><br>Complaint Filed:   July 19, 2021 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. FCS056828

1    **TO PLAINTIFF JONATHAN BARKER AND HIS ATTORNEY OF RECORD:**

2    **PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the

3    United States District Court for the Eastern District of California on September 17, 2021.

4    A copy of the Notice of Removal, Declaration of Michael D. Weil, Declaration of

5    Colleen McDade, and Declaration of Derek H. Squire in support thereof is attached to this Notice

6    and is served and filed herewith.

7    Dated: September 17, 2021                    MORGAN, LEWIS & BOCKIUS LLP

8

9                                                By _____

10                                               Michael D. Weil
                                                 Michelle L. Quach

11
                                                 Attorneys for Defendant
12                                               COMCAST CABLE
                                                 COMMUNICATIONS MANAGEMENT,
13                                               LLC and COMCAST CABLE
                                                 COMMUNICATIONS, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -                                Case No. FCS056828
DEFENDANTS' NOTICE TO PLAINTIFF OF REMOVAL